Matthew J. Matern, SBN 159798
  mmatern@maternlawgroup.com
Scott A. Brooks, SBN 160115
  sbrooks@maternlawgroup.com
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone: 310.531.1900
Facsimile: 310.531.1901

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO LEMUS, individually, and on behalf of others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants | CASE NO. 2:21-CV-00146 FLA (AFMx)<br><br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY**<br><br>**DISCOVERY MATTER**<br><br>Magistrate Judge: Hon. Alexander F. MacKinnon<br><br>**Hearing:**<br>Date: October 11, 2022<br>Time: 10:00 a.m.<br>Courtroom: 780<br><br>Disc. Cut-Off: October 14, 2022<br>Pre-Trial Conf: March 3, 2023<br>Trial: March 14, 2023 |

1  **TO THE CLERK OF THIS HONORABLE COURT AND TO DEFENDANT**
2  **AND ITS COUNSEL OF RECORD:**

3  PLEASE TAKE NOTICE THAT on October 11, 2022 at 10:00 a.m., or as
4  soon thereafter as the matter may be heard in Courtroom 780 of the above-captioned
5  Court located at Roybal Federal Building and United States Courthouse, 255 East
6  Temple Street, Los Angeles, CA, 90012, plaintiff Lucio Lemus, Jr. successor in
7  interest to plaintiff Lucio Lemus ("Plaintiff") will move this Court to compel
8  defendant and Owens-Brockway Glass Container, Inc. ("Defendant") to produce
9  supplemental discovery responses and documents.

10  This motion is made following the conference of counsel pursuant to
11  California Central District Local Rule 37. Plaintiff's motion is made pursuant to
12  Federal Rules of Civil Procedure, Rules 26 and 37, and L.R. 37, on the grounds that
13  Defendant's responses to Plaintiff's Interrogatories and Requests for Production are
14  insufficient and do not comply with the requirements of the Federal Rules of Civil
15  Procedure.

16  This Motion is based on this Notice, the concurrently filed Joint Stipulation Re:
17  Plaintiff's Motion to Compel Discovery, the Declarations of Scott A. Brooks and
18  exhibits thereto, the other records, pleadings, and papers filed in this action, and upon
19  any other documentary and oral evidence or argument that may be presented to the
20  Court at the hearing.

DATED: September 13, 2022              **MATERN LAW GROUP, PC**

                                       By: _____
                                       Matthew J. Matern
                                       Scott A. Brooks
                                       Attorneys for Plaintiff